

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHAMBERS OF
ALFRED V. COVELLO
UNITED STATES DISTRICT JUDGE

450 MAIN STREET
HARTFORD, CONNECTICUT 06103
(860) 240-3218

July 5, 2007

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

RECEIVED 2007 JUL 16 P 3: 53 FINANCIAL DISCLOSURE OFFICE

RE: Alfred V. Covello
Financial Disclosure - Calendar Year 2006 Filing - **Amendment**

Dear Judge Smith:

The various assets listed on page 4, line 14 through page 17, line 231 were assets that became reportable as a result of Judge Covello's recent marriage on January 21ˢᵗ, 2006. Please note I have attached a copy of Judge Covello's wedding license.

If you should have further questions please do not hesitate to contact me.

Very truly yours,

Renée Alexander
Judicial Assistant

enc.



# This is to Certify

That on the _____ 21st _____ day of

_____ January _____ in the year of our Lord

▮▮ 2006

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

were by me united in

▮▮▮▮▮▮▮▮▮▮▮▮

at _____ Hartford, Connecticut _____

according to the laws of



Witness



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHAMBERS OF
ALFRED V. COVELLO
UNITED STATES DISTRICT JUDGE

450 MAIN STREET
HARTFORD, CONNECTICUT 06103
(860) 240-3218

June 21, 2007

RECEIVED
2007 JUN 26 A 11: 18
FINANCIAL DISCLOSURE OFFICE

Mr. George D. Reynolds, Staff Counsel
One Columbus Circle, N.E.
Washington, DC 20544

RE:    Alfred V. Covello
       Financial Disclosure - Calendar Year 2006 Filing

Dear Mr. Reynolds:

I have discovered an error in our filing for calendar year 2006. My State of Connecticut Pension, in the amount of ▮▮▮▮▮▮ was inadvertently omitted from Section III- Non-Investment Income. We have made the necessary corrections to our electronic version and enclose a corrected copy for your records.

Thank you for your assistance and guidance with respect to this self initiated amendment.

If you should have further questions please do not hesitate to contact me.

Very truly yours

Alfred V. Covello

AVC/raa

enc

| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Covello, Alfred V | 2. Court or Organization<br><br>U, S. District Court, CT | 3. Date of Report<br><br>05/05/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>450 Main Street<br>Hartford, CT 06103 | 8. On the basis of the Information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | William & Alice Mortensen Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2007 JUN 26 A 11: 19 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 12/31/2006 | State of Connecticut - Pension | $ 105,779.04 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 05/05/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 05/05/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RMA Tax Free Money Market | A | Dividend | K | T | | | | | |
| 2. Bk of New England CH. 7 Bankruptcy (8/23/2004) | | | | | | | | | |
| 3. HP | A | Dividend | J | T | | | | | |
| 4. A | A | None | J | T | | | | | |
| 5. SWK | A | Dividend | J | T | | | | | |
| 6. MCD | A | Dividend | J | T | | | | | |
| 7. PEP | A | Dividend | J | T | | | | | |
| 8. SCI | A | None | J | T | | | | | |
| 9. UBS IRA Money Market Fund | B | Dividend | J | T | | | | | |
| 10. UBS Bank Deposit IRA | | None | J | T | | | | | |
| 11. Real Estate, Bidderford, ME (1/2 interest) (X) | C | Rent | M | W | | | | | |
| 12. Real Estate, Naples FL, (1/2 interest) (x) | D | Rent | O | W | | | | | |
| 13. Real Estate, Farmington, CT (X) | C | Rent | P1 | W | | | | | |
| 14. Schwab Brokerage#1 | | | | | | | | | |
| 15. AAPL | | None | J | T | | | | | |
| 16. ABB | A | Dividend | J | T | | | | | |
| 17. ABl | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 05/05/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   ABT | A | Dividend | J | T | | | | | |
| 19.   ADBE | | None | J | T | | | | | |
| 20.   AES | | None | J | T | | | | | |
| 21.   AIG | A | Dividend | J | T | | | | | |
| 22.   AMD | | None | J | T | | | | | |
| 23.   AMR | | None | J | T | | | | | |
| 24.   AMTD | | None | J | T | | | | | |
| 25.   APOL | | None | J | T | | | | | |
| 26.   BDX | A | Dividend | J | T | | | | | |
| 27.   BRCM | | None | J | T | | | | | |
| 28.   Schwab Money Market | A | Interest | J | T | | | | | |
| 29.   CME | A | Dividend | J | T | | | | | |
| 30.   CRM | | None | J | T | | | | | |
| 31.   DNA | | None | J | T | | | | | |
| 32.   EBAY | | None | J | T | | | | | |
| 33.   EL | A | Dividend | J | T | | | | | |
| 34.   GE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 05/05/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GILD | | None | J | T | | | | | |
| 36. GOOG | | None | J | T | | | | | |
| 37. GS | A | Dividend | J | T | | | | | |
| 38. JCI | A | Dividend | J | T | | | | | |
| 39. JDSU | | None | J | T | | | | | |
| 40. JNPR | | None | J | T | | | | | |
| 41. JPM | A | Dividend | K | T | | | | | |
| 42. K | A | Dividend | J | T | | | | | |
| 43. KLAC | | None | J | T | | | | | |
| 44. KSS | | None | J | T | | | | | |
| 45. LM | | None | J | T | | | | | |
| 46. LRCX | | None | J | T | | | | | |
| 47. LVLT | | None | J | T | | | | | |
| 48. MCK | A | Dividend | J | T | | | | | |
| 49. MON | A | Dividend | J | T | | | | | |
| 50. MRK | A | Dividend | J | T | | | | | |
| 51. NKE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NTAP | | None | J | T | | | | | |
| 53. NTRS | A | Dividend | J | T | | | | | |
| 54. NVT | | None | J | T | | | | | |
| 55. NWSA | A | Dividend | J | T | | | | | |
| 56. NYX | | None | J | T | | | | | |
| 57. PG | A | Dividend | J | T | | | | | |
| 58. PTV | | None | J | T | | | | | |
| 59. QCOM | | None | J | T | | | | | |
| 60. SCHW | A | Dividend | J | T | | | | | |
| 61. SLB | A | Dividend | J | T | | | | | |
| 62. SUNW | | None | J | T | | | | | |
| 63. SWY | A | Dividend | J | T | | | | | |
| 64. TM | A | Dividend | J | T | | | | | |
| 65. TMO | | None | J | T | | | | | |
| 66. TWX | A | Dividend | J | T | | | | | |
| 67. VZ | A | Dividend | J | T | | | | | |
| 68. WMT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001 - $100,000 | B = $1,001 - $2,500 G = $100,001 - $1,000,000 | C = $2,501 - $5,000 H1 = $1,000,001 - $5,000,000 | D = $5,001 - $15,000 H2 = More than $5,000,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,001 - $500,000 | K = $15,001 - $50,000 O = $500,001 - $1,000,000 | L = $50,001 - $100,000 P1 = $1,000,001 - $5,000,000 | M = $100,001 - $250,000 P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 = $25,000,001 - $50,000,000 Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | P4 = More than $50,000,000 S = Assessment W = Estimated | T = Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. WYE | A | Dividend | J | T | | | | | |
| 70. WYNN | | None | J | T | | | | | |
| 71. YUM | A | Distribution | J | T | | | | | |
| 72. XMSR | | None | J | T | | | | | |
| 73. Schwab Brokerage #2 | | | | | | | | | |
| 74. ABX | A | Dividend | J | T | | | | | |
| 75. ACMUY | A | Dividend | J | T | | | | | |
| 76. AEG | A | Dividend | J | T | | | | | |
| 77. AU | A | Dividend | J | T | | | | | |
| 78. AWC | A | Dividend | J | T | | | | | |
| 79. BP | A | Dividend | J | T | | | | | |
| 80. CAIFY | A | Dividend | J | T | | | | | |
| 81. CAIGY | A | Dividend | J | T | | | | | |
| 82. CASH/MMF | A | Interest | J | T | | | | | |
| 83. CHT | A | Dividend | J | T | | | | | |
| 84. CLPHY | A | Dividend | J | T | | | | | |
| 85. E | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 05/05/2007 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. EN | A | Dividend | J | T | | | | | |
| 87. FUJI | A | Dividend | J | T | | | | | |
| 88. GFI | A | Dividend | J | T | | | | | |
| 89. IMPUY | A | Dividend | J | T | | | | | |
| 90. IVN | A | Dividend | J | T | | | | | |
| 91. KEP | A | Dividend | J | T | | | | | |
| 92. KGC | A | Dividend | J | T | | | | | |
| 93. KNBWY | A | Dividend | J | T | | | | | |
| 94. KTC | A | Dividend | J | T | | | | | |
| 95. LIHR | A | Dividend | J | T | | | | | |
| 96. LNMIY | A | Dividend | J | T | | | | | |
| 97. MGA | A | Dividend | J | T | | | | | |
| 98. NCMGY | A | Dividend | J | T | | | | | |
| 99. NG | A | Dividend | J | T | | | | | |
| 100. NTT | A | Dividend | J | T | | | | | |
| 101. PMSEY | A | Dividend | J | T | | | | | |
| 102. RDSB | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 05/05/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. RTP | A | Dividend | J | T | | | | | |
| 104. SCM | A | Dividend | J | T | | | | | |
| 105. SEO | A | Dividend | J | T | | | | | |
| 106. SGAMY | A | Dividend | J | T | | | | | |
| 107. SKHSY | A | Dividend | J | T | | | | | |
| 108. SKM | A | Dividend | J | T | | | | | |
| 109. SSDOY | A | Dividend | J | T | | | | | |
| 110. SU | A | Dividend | J | T | | | | | |
| 111. TIA | A | Dividend | J | T | | | | | |
| 112. TKP | A | Dividend | J | T | | | | | |
| 113. TKS | A | Dividend | J | T | | | | | |
| 114. TONPY | A | Dividend | J | T | | | | | |
| 115. TOT | A | Dividend | J | T | | | | | |
| 116. UU | A | Dividend | J | T | | | | | |
| 117. VOD | A | Dividend | J | T | | | | | |
| 118. WACLY | A | Dividend | J | T | | | | | |
| 119. YZC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000.001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 –$25,000,001 - $50,000,000 | | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market |
| (See Column C2) | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Covello, Alfred V | 05/05/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Schwab Brokerage #3 | | | | | | | | | |
| 121.  AAPL | A | Dividend | J | T | | | | | |
| 122.  ABB | A | Dividend | J | T | | | | | |
| 123.  ABI | A | Dividend | J | T | | | | | |
| 124.  ABT | A | Dividend | J | T | | | | | |
| 125.  ADBE | A | Dividend | J | T | | | | | |
| 126.  AES | A | Dividend | J | T | | | | | |
| 127.  AIG | A | Dividend | J | T | | | | | |
| 128.  AMD | A | Dividend | J | T | | | | | |
| 129.  AMR | A | Dividend | J | T | | | | | |
| 130.  AMTD | A | Dividend | J | T | | | | | |
| 131.  APOL | A | Dividend | J | T | | | | | |
| 132.  BDX | A | Dividend | J | T | | | | | |
| 133.  BRCM | A | Dividend | J | T | | | | | |
| 134.  CASH/MMF | A | Interest | J | T | | | | | |
| 135.  CME | A | Dividend | J | T | | | | | |
| 136.  CRM | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes:<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes:<br>(See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 05/05/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. DNA | A | Dividend | J | T | | | | | |
| 138. EBAY | A | Dividend | J | T | | | | | |
| 139. EL | A | Dividend | J | T | | | | | |
| 140. GE | A | Dividend | J | T | | | | | |
| 141. GILD | A | Dividend | J | T | | | | | |
| 142. GOOG | A | Dividend | J | T | | | | | |
| 143. GS | A | Dividend | J | T | | | | | |
| 144. JCI | A | Dividend | J | T | | | | | |
| 145. JDSU | A | Dividend | J | T | | | | | |
| 146. JNPR | A | Dividend | J | T | | | | | |
| 147. JPM | A | Dividend | J | T | | | | | |
| 148. K | A | Dividend | J | T | | | | | |
| 149. KLAC | A | Dividend | J | T | | | | | |
| 150. KSS | A | Dividend | J | T | | | | | |
| 151. LM | A | Dividend | J | T | | | | | |
| 152. LRCX | A | Dividend | J | T | | | | | |
| 153. LVLT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less F –$50,001 - $100,000 | B –$1,001 - $2,500 G –$100,001 - $1,000,000 | C –$2,501 - $5,000 H1 –$1,000,001 - $5,000,000 | D –$5,001 - $15,000 H2 –More than $5,000,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less N –$250,001 - $500,000 | K –$15,001 - $50,000 O –$500,001 - $1,000,000 | L –$50,001 - $100,000 P1 –$1,000,001 - $5,000,000 | M –$100,001 - $250,000 P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 Q –Appraisal U –Book Value | R –Cost (Real Estate Only) V –Other | P4 –More than $50,000,000 S –Assessment W –Estimated | T –Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 05/05/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. MCK | A | Dividend | J | T | | | | | |
| 155. MON | A | Dividend | J | T | | | | | |
| 156. MRK | A | Dividend | J | T | | | | | |
| 157. NKE | A | Dividend | J | T | | | | | |
| 158. NTAP | A | Dividend | J | T | | | | | |
| 159. NTRS | A | Dividend | J | T | | | | | |
| 160. NVT | A | Dividend | J | T | | | | | |
| 161. NWSA | A | Dividend | J | T | | | | | |
| 162. NYX | A | Dividend | J | T | | | | | |
| 163. PG | A | Dividend | J | T | | | | | |
| 164. PTV | A | Dividend | J | T | | | | | |
| 165. QCOM | A | Dividend | J | T | | | | | |
| 166. SCHW | A | Dividend | J | T | | | | | |
| 167. SLB | A | Dividend | J | T | | | | | |
| 168. SUNW | A | Dividend | J | T | | | | | |
| 169. SWY | A | Dividend | J | T | | | | | |
| 170. TM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less F –$50,001 - $100,000 | B –$1,001 - $2,500 G –$100,001 - $1,000,000 | C –$2,501 - $5,000 H1 –$1,000,001 - $5,000,000 | D–$5,001 - $15,000 H2 –More than $5,000,000 | E–$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less N –$250,001 - $500,000 | K –$15,001 - $50,000 O –$500,001 - $1,000,000 | L –$50,001 - $100,000 P1 –$1,000,001 - $5,000,000 | M –$100,001 - $250,000 P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 Q –Appraisal U –Book Value | R –Cost (Real Estate Only) V –Other | P4 –More than $50,000,000 S –Assessment W –Estimated | T –Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Covello, Alfred V | 05/05/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. TMO | A | Dividend | J | T | | | | | |
| 172. TWX | A | Dividend | J | T | | | | | |
| 173. VZ | A | Dividend | J | T | | | | | |
| 174. WMT | A | Dividend | J | T | | | | | |
| 175. WYE | A | Dividend | J | T | | | | | |
| 176. WYNN | A | Dividend | J | T | | | | | |
| 177. XMSR | A | Dividend | J | T | | | | | |
| 178. YUM | A | Dividend | J | T | | | | | |
| 179. Schwab Brokerage Account #4 | | | | | | | | | |
| 180. ABC | A | Dividend | J | T | | | | | |
| 181. ACE | A | Dividend | J | T | | | | | |
| 182. AMX | A | Dividend | J | T | | | | | |
| 183. AVZ | A | Dividend | J | T | | | | | |
| 184. AZO | A | Dividend | J | T | | | | | |
| 185. BAX | A | Dividend | J | T | | | | | |
| 186. BDK | A | Dividend | J | T | | | | | |
| 187. C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 05/05/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  CASH/MONEY MARKET | A | Interest | J | | | | | | |
| 189.  CBS | A | Dividend | J | | | | | | |
| 190.  CE | A | Dividend | J | T | | | | | |
| 191.  CG | A | Dividend | J | T | | | | | |
| 192.  CIT | A | Dividend | J | T | | | | | |
| 193.  CNX | A | Dividend | J | T | | | | | |
| 194.  COF | A | Dividend | J | T | | | | | |
| 195.  COP | A | Dividend | J | T | | | | | |
| 196.  CTX | A | Dividend | J | T | | | | | |
| 197.  DF | A | Dividend | J | T | | | | | |
| 198.  DISH | A | Dividend | J | T | | | | | |
| 199.  DVN | A | Dividend | J | T | | | | | |
| 200.  ERJ | A | Dividend | J | | | | | | |
| 201.  ETFC | A | Dividend | J | T | | | | | |
| 202.  F+S | A | Dividend | J | T | | | | | |
| 203.  GOL | A | Dividend | J | T | | | | | |
| 204.  HRS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 05/05/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. JPM | A | Dividend | J | T | | | | | |
| 206. LEH | A | Dividend | J | T | | | | | |
| 207. MS | A | Dividend | J | T | | | | | |
| 208. NOK | A | Dividend | J | T | | | | | |
| 209. NWL | A | Dividend | J | T | | | | | |
| 210. PBR | A | Dividend | J | T | | | | | |
| 211. PPG | A | Dividend | J | T | | | | | |
| 212. SLM | A | Dividend | J | T | | | | | |
| 213. STZ | A | Dividend | J | T | | | | | |
| 214. TJX | A | Dividend | J | T | | | | | |
| 215. TYC | A | Dividend | J | T | | | | | |
| 216. UNH | A | Dividend | J | T | | | | | |
| 217. URI | A | Dividend | J | T | | | | | |
| 218. Schwab Portfolio #5 | | | | | | | | | |
| 219. NY City 5.25% GO | D | | M | T | | | | | |
| 220. Puerto Rico 5.5% GO | B | Interest | K | T | | | | | |
| 221. CT ST 5% GO | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Midland TX 5% GO | B | Interest | K | T | | | | | |
| 223. Sprague CT 5% GO | D | Interest | M | T | | | | | |
| 224. Vernon CT 4% GO | C | Interest | M | T | | | | | |
| 225. Citizens Ppty FL Rev 5% | D | Interest | M | T | | | | | |
| 226. Miss. Hosp Rev 5% | D | Interest | M | T | | | | | |
| 227. Reagan CTY TX 4% GO | D | Interest | M | T | | | | | |
| 228. Utah Wtr Auth Rev 5% | D | Interest | M | T | | | | | |
| 229. Magnolia TX 5% GO | D | Interest | M | T | | | | | |
| 230. Greene Cnty MO 5% GO | D | Interest | M | T | | | | | |
| 231. Cash/Money Market | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 05/05/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 04/25/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___ May 9, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Covello, Alfred V | 2. Court or Organization  U. S. District Court, CT | 3. Date of Report  04/25/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Judge - Senior | 5a. Report Type (check appropriate type)  ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006  to  12/31/2006 |
| 7. Chambers or Office Address  450 Main Street Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

|  | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED
2001 MAY 14 A 8: 51
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 04/25/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Covello, Alfred V | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RMA Tax Free Money Market | A | Dividend | K | T | | | | | |
| 2. Bk of New England CH. 7 Bankruptcy (8/23/2004) | | | | | | | | | |
| 3. HP | A | Dividend | J | T | | | | | |
| 4. A | A | None | J | T | | | | | |
| 5. SWK | A | Dividend | J | T | | | | | |
| 6. MCD | A | Dividend | J | T | | | | | |
| 7. PEP | A | Dividend | J | T | | | | | |
| 8. SCI | A | None | J | T | | | | | |
| 9. UBS IRA Money Market Fund | B | Dividend | J | T | | | | | |
| 10. UBS Bank Deposit IRA | | None | J | T | | | | | |
| 11. Real Estate, Bidderford, ME (1/2 interest) (X) | C | Rent | M | W | | | | | |
| 12. Real Estate, Naples FL, (1/2 interest) (x) | D | Rent | O | W | | | | | |
| 13. Real Estate, Farmington, CT (X) | C | Rent | P1 | W | | | | | |
| 14. Schwab Brokerage#1 | | | | | | | | | |
| 15. AAPL | | None | J | T | | | | | |
| 16. ABB | A | Dividend | J | T | | | | | |
| 17. ABI | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   ABT | A | Dividend | J | T | | | | | |
| 19.   ADBE | | None | J | T | | | | | |
| 20.   AES | | None | J | T | | | | | |
| 21.   AIG | A | Dividend | J | T | | | | | |
| 22.   AMD | | None | J | T | | | | | |
| 23.   AMR | | None | J | T | | | | | |
| 24.   AMTD | | None | J | T | | | | | |
| 25.   APOL | | None | J | T | | | | | |
| 26.   BDX | A | Dividend | J | T | | | | | |
| 27.   BRCM | | None | J | T | | | | | |
| 28.   Schwab Money Market | A | Interest | J | T | | | | | |
| 29.   CME | A | Dividend | J | T | | | | | |
| 30.   CRM | | None | J | T | | | | | |
| 31.   DNA | | None | J | T | | | | | |
| 32.   EBAY | | None | J | T | | | | | |
| 33.   EL | A | Dividend | J | T | | | | | |
| 34.   GE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  GILD | | None | J | T | | | | | |
| 36.  GOOG | | None | J | T | | | | | |
| 37.  GS | A | Dividend | J | T | | | | | |
| 38.  JCI | A | Dividend | J | T | | | | | |
| 39.  JDSU | | None | J | T | | | | | |
| 40.  JNPR | | None | J | T | | | | | |
| 41.  JPM | A | Dividend | K | T | | | | | |
| 42.  K | A | Dividend | J | T | | | | | |
| 43.  KLAC | | None | J | T | | | | | |
| 44.  KSS | | None | J | T | | | | | |
| 45.  LM | | None | J | T | | | | | |
| 46.  LRCX | | None | J | T | | | | | |
| 47.  LVLT | | None | J | T | | | | | |
| 48.  MCK | A | Dividend | J | T | | | | | |
| 49.  MON | A | Dividend | J | T | | | | | |
| 50.  MRK | A | Dividend | J | T | | | | | |
| 51.  NKE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NTAP | | None | J | T | | | | | |
| 53. NTRS | A | Dividend | J | T | | | | | |
| 54. NVT | | None | J | T | | | | | |
| 55. NWSA | A | Dividend | J | T | | | | | |
| 56. NYX | | None | J | T | | | | | |
| 57. PG | A | Dividend | J | T | | | | | |
| 58. PTV | | None | J | T | | | | | |
| 59. QCOM | | None | J | T | | | | | |
| 60. SCHW | A | Dividend | J | T | | | | | |
| 61. SLB | A | Dividend | J | T | | | | | |
| 62. SUNW | | None | J | T | | | | | |
| 63. SWY | A | Dividend | J | T | | | | | |
| 64. TM | A | Dividend | J | T | | | | | |
| 65. TMO | | None | J | T | | | | | |
| 66. TWX | A | Dividend | J | T | | | | | |
| 67. VZ | A | Dividend | J | T | | | | | |
| 68. WMT | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  WYE | A | Dividend | J | T | | | | | |
| 70.  WYNN | | None | J | T | | | | | |
| 71.  YUM | A | Distribution | J | T | | | | | |
| 72.  XMSR | | None | J | T | | | | | |
| 73.  Schwab Brokerage #2 | | | | | | | | | |
| 74.  ABX | A | Dividend | J | T | | | | | |
| 75.  ACMUY | A | Dividend | J | T | | | | | |
| 76.  AEG | A | Dividend | J | T | | | | | |
| 77.  AU | A | Dividend | J | T | | | | | |
| 78.  AWC | A | Dividend | J | T | | | | | |
| 79.  BP | A | Dividend | J | T | | | | | |
| 80.  CAIFY | A | Dividend | J | T | | | | | |
| 81.  CAIGY | A | Dividend | J | T | | | | | |
| 82.  CASH/MMF | A | Interest | J | T | | | | | |
| 83.  CHT | A | Dividend | J | T | | | | | |
| 84.  CLPHY | A | Dividend | J | T | | | | | |
| 85.  E | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. EN | A | Dividend | J | T | | | | | |
| 87. FUJI | A | Dividend | J | T | | | | | |
| 88. GFI | A | Dividend | J | T | | | | | |
| 89. IMPUY | A | Dividend | J | T | | | | | |
| 90. IVN | A | Dividend | J | T | | | | | |
| 91. KEP | A | Dividend | J | T | | | | | |
| 92. KGC | A | Dividend | J | T | | | | | |
| 93. KNBWY | A | Dividend | J | T | | | | | |
| 94. KTC | A | Dividend | J | T | | | | | |
| 95. LIHR | A | Dividend | J | T | | | | | |
| 96. LNMIY | A | Dividend | J | T | | | | | |
| 97. MGA | A | Dividend | J | T | | | | | |
| 98. NCMGY | A | Dividend | J | T | | | | | |
| 99. NG | A | Dividend | J | T | | | | | |
| 100. NTT | A | Dividend | J | T | | | | | |
| 101. PMSEY | A | Dividend | J | T | | | | | |
| 102. RDSB | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. RTP | A | Dividend | J | T | | | | | |
| 104. SCM | A | Dividend | J | T | | | | | |
| 105. SEO | A | Dividend | J | T | | | | | |
| 106. SGAMY | A | Dividend | J | T | | | | | |
| 107. SKHSY | A | Dividend | J | T | | | | | |
| 108. SKM | A | Dividend | J | T | | | | | |
| 109. SSDOY | A | Dividend | J | T | | | | | |
| 110. SU | A | Dividend | J | T | | | | | |
| 111. TIA | A | Dividend | J | T | | | | | |
| 112. TKP | A | Dividend | J | T | | | | | |
| 113. TKS | A | Dividend | J | T | | | | | |
| 114. TONPY | A | Dividend | J | T | | | | | |
| 115. TOT | A | Dividend | J | T | | | | | |
| 116. UU | A | Dividend | J | T | | | | | |
| 117. VOD | A | Dividend | J | T | | | | | |
| 118. WACLY | A | Dividend | J | T | | | | | |
| 119. YZC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Schwab Brokerage #3 | | | | | | | | | |
| 121. AAPL | A | Dividend | J | T | | | | | |
| 122. ABB | A | Dividend | J | T | | | | | |
| 123. ABI | A | Dividend | J | T | | | | | |
| 124. ABT | A | Dividend | J | T | | | | | |
| 125. ADBE | A | Dividend | J | T | | | | | |
| 126. AES | A | Dividend | J | T | | | | | |
| 127. AIG | A | Dividend | J | T | | | | | |
| 128. AMD | A | Dividend | J | T | | | | | |
| 129. AMR | A | Dividend | J | T | | | | | |
| 130. AMTD | A | Dividend | J | T | | | | | |
| 131. APOL | A | Dividend | J | T | | | | | |
| 132. BDX | A | Dividend | J | T | | | | | |
| 133. BRCM | A | Dividend | J | T | | | | | |
| 134. CASH/MMF | A | Interest | J | T | | | | | |
| 135. CME | A | Dividend | J | T | | | | | |
| 136. CRM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. DNA | A | Dividend | J | T | | | | | |
| 138. EBAY | A | Dividend | J | T | | | | | |
| 139. EL | A | Dividend | J | T | | | | | |
| 140. GE | A | Dividend | J | T | | | | | |
| 141. GILD | A | Dividend | J | T | | | | | |
| 142. GOOG | A | Dividend | J | T | | | | | |
| 143. GS | A | Dividend | J | T | | | | | |
| 144. JCI | A | Dividend | J | T | | | | | |
| 145. JDSU | A | Dividend | J | T | | | | | |
| 146. JNPR | A | Dividend | J | T | | | | | |
| 147. JPM | A | Dividend | J | T | | | | | |
| 148. K | A | Dividend | J | T | | | | | |
| 149. KLAC | A | Dividend | J | T | | | | | |
| 150. KSS | A | Dividend | J | T | | | | | |
| 151. LM | A | Dividend | J | T | | | | | |
| 152. LRCX | A | Dividend | J | T | | | | | |
| 153. LVLT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 = More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. MCK | A | Dividend | J | T | | | | | |
| 155. MON | A | Dividend | J | T | | | | | |
| 156. MRK | A | Dividend | J | T | | | | | |
| 157. NKE | A | Dividend | J | T | | | | | |
| 158. NTAP | A | Dividend | J | T | | | | | |
| 159. NTRS | A | Dividend | J | T | | | | | |
| 160. NVT | A | Dividend | J | T | | | | | |
| 161. NWSA | A | Dividend | J | T | | | | | |
| 162. NYX | A | Dividend | J | T | | | | | |
| 163. PG | A | Dividend | J | T | | | | | |
| 164. PTV | A | Dividend | J | T | | | | | |
| 165. QCOM | A | Dividend | J | T | | | | | |
| 166. SCHW | A | Dividend | J | T | | | | | |
| 167. SLB | A | Dividend | J | T | | | | | |
| 168. SUNW | A | Dividend | J | T | | | | | |
| 169. SWY | A | Dividend | J | T | | | | | |
| 170. TM | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. TMO | A | Dividend | J | T | | | | | |
| 172. TWX | A | Dividend | J | T | | | | | |
| 173. VZ | A | Dividend | J | T | | | | | |
| 174. WMT | A | Dividend | J | T | | | | | |
| 175. WYE | A | Dividend | J | T | | | | | |
| 176. WYNN | A | Dividend | J | T | | | | | |
| 177. XMSR | A | Dividend | J | T | | | | | |
| 178. YUM | A | Dividend | J | T | | | | | |
| 179. Schwab Brokerage Account #4 | | | | | | | | | |
| 180. ABC | A | Dividend | J | T | | | | | |
| 181. ACE | A | Dividend | J | T | | | | | |
| 182. AMX | A | Dividend | J | T | | | | | |
| 183. AVZ | A | Dividend | J | T | | | | | |
| 184. AZO | A | Dividend | J | T | | | | | |
| 185. BAX | A | Dividend | J | T | | | | | |
| 186. BDK | A | Dividend | J | T | | | | | |
| 187. C | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. CASH/MONEY MARKET | A | Interest | J | | | | | | |
| 189. CBS | A | Dividend | J | | | | | | |
| 190. CE | A | Dividend | J | T | | | | | |
| 191. CG | A | Dividend | J | T | | | | | |
| 192. CIT | A | Dividend | J | T | | | | | |
| 193. CNX | A | Dividend | J | T | | | | | |
| 194. COF | A | Dividend | J | T | | | | | |
| 195. COP | A | Dividend | J | T | | | | | |
| 196. CTX | A | Dividend | J | T | | | | | |
| 197. DF | A | Dividend | J | T | | | | | |
| 198. DISH | A | Dividend | J | T | | | | | |
| 199. DVN | A | Dividend | J | T | | | | | |
| 200. ERJ | A | Dividend | J | | | | | | |
| 201. ETFC | A | Dividend | J | T | | | | | |
| 202. F+S | A | Dividend | J | T | | | | | |
| 203. GOL | A | Dividend | J | T | | | | | |
| 204. HRS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. JPM | A | Dividend | J | T | | | | | |
| 206. LEH | A | Dividend | J | T | | | | | |
| 207. MS | A | Dividend | J | T | | | | | |
| 208. NOK | A | Dividend | J | T | | | | | |
| 209. NWL | A | Dividend | J | T | | | | | |
| 210. PBR | A | Dividend | J | T | | | | | |
| 211. PPG | A | Dividend | J | T | | | | | |
| 212. SLM | A | Dividend | J | T | | | | | |
| 213. STZ | A | Dividend | J | T | | | | | |
| 214. TJX | A | Dividend | J | T | | | | | |
| 215. TYC | A | Dividend | J | T | | | | | |
| 216. UNH | A | Dividend | J | T | | | | | |
| 217. URI | A | Dividend | J | T | | | | | |
| 218. Schwab Portfolio #5 | | | | | | | | | |
| 219. NY City 5.25% GO | D | | M | T | | | | | |
| 220. Puerto Rico 5.5% GO | B | Interest | K | T | | | | | |
| 221. CT ST 5% GO | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Midland TX 5% GO | B | Interest | K | T | | | | | |
| 223. Sprague CT 5% GO | D | Interest | M | T | | | | | |
| 224. Vernon CT 4% GO | C | Interest | M | T | | | | | |
| 225. Citizens Ppty FL Rev 5% | D | Interest | M | T | | | | | |
| 226. Miss. Hosp Rev 5% | D | Interest | M | T | | | | | |
| 227. Reagan CTY TX 4% GO | D | Interest | M | T | | | | | |
| 228. Utah Wtr Auth Rev 5% | D | Interest | M | T | | | | | |
| 229. Magnolia TX 5% GO | D | Interest | M | T | | | | | |
| 230. Greene Cnty MO 5% GO | D | Interest | M | T | | | | | |
| 231. Cash/Money Market | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 04/25/2007 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V | 04/25/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___*May 9, 2007*___

NOTE: ANY INDIVIDUAL [ ] WINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544